BOROUGH OF EAST PATERSON, PLAINTIFF-PETITIONER, v. DIVISION OF TAX APPEALS, DEFENDANT-RESPONDENT.

On petition for certification to Superior Court, Appellate Division.

See same case below: 40 *N. J. Super.* 536.

*Mr. Heyman Zimel* for the petitioner.

*Mr. Grover C. Richman, Jr.,* and *Mr. John F. Crane* for the respondent.